IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40859
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

NICOLAS ROSALES-OROZCO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-214-1
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

        The Federal Public Defender appointed to represent Nicolas
Rosales-Orozco has requested leave to withdraw as counsel and has
filed a brief as required by Anders v. California, 386 U.S. 738
(1967).  Our independent review of the brief, record, and
Rosales's response discloses no nonfrivolous issue.  Accordingly,
the motion for leave to withdraw is GRANTED, counsel is excused
from further responsibilities herein, and the APPEAL IS
DISMISSED.  See 5TH CIR. R. 42.2.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.